UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SUSAN C. SORRELLS and DONALD J. TIMMONS, <br><br> Defendants. | Case No. 5:18-cv-00571-D |

## ORDER GRANTING MOTION FOR JOINDER OF NECESSARY PARTY

THIS MATTER came before this Court upon Defendant Susan C. Sorrells's ("Defendant") Motion for Joinder of Necessary Party Under Rule 19(a), or, in the alternative, Motion for Permissive Joinder Under Rule 20(a). The Court having reviewed and considered the record in this matter finds that Defendant's Motion for Joinder of Necessary Party should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Susan C. Sorrells as administrator of decedent/insured Julie S. Timmons is joined as a defendant to this action and that Defendant Susan C. Sorrells's Motion for Joinder of Necessary Party is hereby GRANTED.

SO ORDERED. This the 6 day of March 2019.

_____
JAMES C. DEVER III
United States District Judge