IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
CIVIL ACTION NO. 5:18-CV-00571-D

| | | |
|---|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | ) ) ) | |
| Plaintiff | ) ) ) | **ORDER GRANTING PLAINTIFF'S** |
| v. | ) ) | **MOTION FOR DISCHARGE FROM FURTHER LIABILITY, PERMANENT** |
| SUSAN C. SORRELLS and DONALD J. TIMMONS | ) ) ) | **INJUNCTION, AND DISMISSAL WITH PREJUDICE** |
| Defendants | ) ) ) | |

Genworth Life and Annuity Insurance Company, Plaintiff in this interpleader action, has moved, with the consent of Defendants, to be discharged from further liability, that an injunction be entered preventing Defendants from instituting or prosecuting any claim in any state or federal court affecting the death benefit at issue in this case except by way of interpleader in this action, and that it be dismissed with prejudice from this lawsuit as it is relates to the $500,000 death benefit payable under Policy No. 6,532,695 by reason of the death of the Insured, Julie S. Timmons.

NOW, THEREFORE, it is hereby ORDERED that Plaintiff Genworth Life and Annuity Insurance Company's Motion for Discharge From Further Liability, Permanent Injunction, and Dismissal with Prejudice be granted, that Plaintiff be discharged from further liability under Policy No. 6,532,695, that Defendants be barred from instituting or prosecuting any claim in any state or federal court affecting the death benefit at issue in this case except by way of interpleader in this action, and that Plaintiff be dismissed with prejudice from this lawsuit.

SO ORDERED. This 2 day of April 2019.

                                                      JAMES C. DEVER III
                                                      United States District Judge