IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:18-cv-00571-D

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, PLAINTIFF<br><br>V.<br><br>SUSAN C. SORRELLS AND DONALD J. TIMMONS, DEFENDANTS. | ORDER GRANTING CONSENT MOTION FOR DISCOVERY STAY |

**THIS MATTER** having come before the Court on Defendant Donald J. Timmons's Motion For Discovery Stay (the "Motion"), and the Court finding that this Motion is not being filed for purposes of delay, but to avoid unnecessary expense and to allow the Court sufficient time to rule on Defendant TIMMONS's Rule 12(c) Motion for Judgment on the Pleadings (D.E. 33), which may dispose of this matter, rendering all further discovery moot, and the Court having determined that the Motion is supported by good cause and that the Motion should be granted.

**IT IS HEREBY ORDERED** that the Order for Discovery Plan (D.E. 32) be stayed until such time as the Court has ruled on Defendant TIMMONS' Rule 12(c) Motion for Judgment on the Pleadings.

SO ORDERED. This _3_ day of June 2019.

_____
Judge James C. Dever III
United States District Judge